IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JORDAN BERG,

    Plaintiff,

v.

                                                                Case No. 18-cv-842-jdp

COII BABCOCK, CAPT. BELOUNGY,
CAPT. RALPF, LT. BENSON,
AND SGT. D. KIM,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| s/ | 2/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |