# WESTERN DISTRICT COURT OF WISCONSIN

Jordan Berg
    Plaintiff,

Vs                Notice of Appeal

Heather Babcock et al.

---

    Notice is hereby given that, Jordan Berg, Plaintiff in the above named case, hereby Appeal to the United States Court of Appeals for the Seventh Circuit from Defendant's motion for Summary Judgement and ordering the case being Dismissed without prejudice for Failure to exhaust administrative Remedies.

    The Court also denied several motions Denied as Moot and Entered into by the Court on 21st Feb, 2020

Dated Feb 26, 2020

x *[signature]*
Jordan Berg 538608
Columbia Corr. Inst.
P.O. Box 900
Portage, WI 53901